Vincent Paul Dolan
Full Name/Prisoner Number
Pike County Corr. Facility
175 Pike county Blvd.
Loards Valley P.A. 18428
Complete Mailing Address

Plaintiff

**FILED**
**SCRANTON**

JUL 2 5 2014

PER _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ~~I~~ Pennsylvania

Vincent Paul Dolan )
Plaintiff, )
(Full name and prisoner number.) )
)
)
vs. )
Craig lowe, Robert McLaughlin )
Erica Zaleck  Terry Moonney )
)
Sgt. Frowley )
Defendant(s), )
(Full name(s).  Do not use et. al.) )
_____ )
)

CASE NO. 3;14·CV-1436
(To be supplied by the Court)

**PRISONER CIVIL RIGHTS**
**COMPLAINT**

### A. PARTIES

1.  Vincent Paul Dolan                is a citizen of United States
         (Plaintiff)                                              (State)
presently residing at Pike County Correctional facility 175 Pike county Blvd.
                         (Mailing address or place of confinement) Loards Valley P.A. 18428

2.  Defendant Craig A. Lowe              is a citizen of United States
              (Name of first defendant)                              (State)
whose address is 175 Pike County Blvd Loards Valley P.A. 18428

and who is employed as Warden Pike county Correctional Facility.
                         (Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law?  ___Yes  ____No.  If your answer if "Yes," briefly explain:  _____

_____

_____

_____

_____

3.    Defendant  _McLaughlin Robert_  is a citizen of  _United States_
                 (Name of second defendant)                    (State)
whose address is  _175 Pike Count Blvd. Loards Valley P.A. 18428_

and who is employed as  _Assistant Warden Pike County Correctional Facility_
                        (Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law?  ___Yes  ____No.  If your answer is "Yes," briefly explain:  _____

_____

_____

_____

_____

**NOTE:  If more space is needed to furnish the above information for additional defendants,
continue on a blank sheet which you should label "APPENDIX A. PARTIES."  Be sure to
include the same information for each defendant including their complete address and title.**

## B. JURISDICTION

1.    Jurisdiction is asserted pursuant to (CHECK ONE)

        _✗_  42 U.S.C. § 1983 (applies to state prisoners)

        ____  *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403
              U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

## "APENDIX A. PARTIES"

Defendant ___Erica Zaleck___ is a citizen of ___United States___

Whose address is ___175 Pike County Blvd. Loards Valley PA. 18428___

and who is employed as ___Correctional Counselor___


Defendant ___Terry Mooney___ is a citizen of ___United States___

Whose address is ___175 Pike County Blvd. Loards Valley PA. 18428___

and who is employed as ___Correctional Counselor___


Defendant ___Sgt Frowley___ is a citizen of ___United States___

Whose address is ___175 Pike county Blvd. Loards valley PA. 18428___

and who is employed as ___Seargant___


Defendant _____ is a citizen of _____

Whose address is _____

and who is employed as _____


Defendant _____ is a citizen of _____

Whose address is _____

and who is employed as _____

2.      Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3).  (If you wish to assert jurisdiction under different under different or additional statutes, you may list them below.)

## C.  CAUSE OF ACTION

1.  I allege that the following of my constitutional rights, privileges, or immunities have been violated :  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "APPENDIX D.  CAUSE OF ACTION.")

Freedom of Religion, Separation of church and State
Eighth Admendment NON- Medical claim (Cruel and
Unusual Punishment

2.  Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

Please see APPenDix E Supporting
Facts

_Please See Appendix E Supporting Facts_

## D. PREVIOUS LAWSUITS

1.      Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?   Yes ___ No X. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, described the additional lawsuits using this same format on a blank sheet which you should label "APPENDIX E. PREVIOUS LAWSUITS")

        a.      Parties to previous lawsuit:

## APPENDIX E SUPPORTING FACTS

On January 28th 2014 I was booked into Pike County Correctional Facility by Officer Kross (no longer employed at facility) At this time I was listed as Catholic/Christian as My religious preference witch I never stated as My Religion In accordance with the rules and regulations I waited the required 90 day period to submit a request to change my Religion. On April 28th 2014 I was called down to counselor Terry Mooney's office and was given a test to change my Religion to Muslim in which I received 1 out of 6 questions wrong. I was told that I would not be able to receive a religious meal, this I was fine with being that the food served here is soy and therefore does not have to be Halal but I was under the impression that my religion was changed to Muslim.

On June 9th 2014 a memorandum was posted on all housing units stating that any inmate (not any Muslim) willing to participate in Ramadan must submit a request to counselor Erica Zaleck (see exhibit A) On June 19th 2014 I submitted said request (see exhibit B)in which I was denied due to th fact that I was not listed as a Muslim in the computer.(which is not what the memorandum states see exhibit A).

On June 26th 2014 I filed an informal grievance about not being able to participate in observance of my obligatory religious belief of fating during

the month of Ramadan (see exhibit C) in which the response from Sgt frowley was that I failed the test and I can try again in 90days which is not what the rule book states(see exhibit D) It states that you may change your religion every 90days if you want a religious diet you have to take the required test(see exhibit E).

On the same date June 26th 2014 my criminal Lawyer Mrs. Collins faxed a letter to Warden Craig Lowe (see exhibit F) stating that I was a practicing Muslim and that it is mandatory for every Muslim to partake in the observance of Ramadan and that I wanted to partake in this observance. Also to please rectify the situation by June 29th so that I could participate and fast for Ramadan. In which she never received a response and the situation was never rectified.

On June 27th I field a grievance (see exhibit G) explaining in detail my problem and didn't receive a response until July 7th 2014 in which my grievance was denied. in between the time of my grievance and the response I field numerous request forms to the asst. warden of programs Mr. Robert McLaughlin (see exhibits H-O) in which I was continued to be denied and also ridiculed and discriminated against. I explained that all I wanted was any meal after sundown so that I could fast, yet still I was denied.

I even missed 13 consecutive meals by trying to fast in which time I was placed on a meal watch and was threatened that if I didn't eat and forget about this silly game because I was a fake Muslim that I was going to be placed in a suicide smock and have a court order to be placed on a feeding tube at which time I was placed in a observation cell in the intake area and was forced to eat. Do to not eating I started to urinate blood and caused sever pain and strain on my kidneys I even informed asst. warden Mclaughlin that I was not eating and would like a meal to break my fast after sun set in which I was once again denied.

I have been a registered Muslim in the New York City and State Department of Corrections since 2002 and have always fasted and participated in all my Religious obligations

(This is the end of my supporting facts)

Plaintiff(s): _____ N/A _____

_____

Defendant(s) _____ N/A _____

_____

b.   Name and location of court and docket (case) number: _____ N/A _____

_____

c.   Disposition of lawsuit.  (For example, was the case dismissed?  Was it appealed?

It is still pending?) _____ N/A _____

_____

d.   Issues raised: _____ N/A _____

_____

_____

e.   Approximate date of filing lawsuit: _____ N/A _____

f.   Approximate date of disposition: _____ N/A _____

## E.  EXHAUSTION OF PRISON OR JAIL GRIEVANCE SYSTEM

1. I have exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes
____ No.  If your answer is "Yes, briefly explain the steps taken to exhaust each claim you are bringing
against each Defendant.  It is advisable to attach proof of exhaustion.  If your answer is "No," briefly
explain why the grievance system or other administrative remedies were not exhausted.

_____

_____

_____

## F.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1.      If you are proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "APPENDIX F.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

     a.      Parties to previous lawsuit:

        Plaintiff(s):  _____N/A_____

        _____

        Defendant(s):  _____N/A_____

        _____

     b.      Name and location of court and docket (case) number:  ___N/A_____

        _____N/A_____

     c.      Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

     d.      Approximate date of filing lawsuit:  ___N/A_____

     e.      Approximate date of disposition:  ____N/A_____

## G.  IMMINENT HARM

1.      Are you in imminent danger of serious physical injury?  _X_ Yes  ____No. If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

    I feel that the administration will Retaliate

against me when this lawsuit is presented too then

## H.  REQUEST FOR RELIEF

I request the following relief:

two Million dollars For Refusing to let me Participate and complete my Religous obligations, For Pain and Suffering, mental anguish and For unnessecary Punishment And Policay changed so this doesn't Happen to another Person

## I.  Request for Appointment of Attorney

I do  ✓  do not _____ request that an attorney be appointed to represent me in this matter.  I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney: I am Ignorant towards these proceedings I know that my Rights Have been Violated and Further more my Education was limited

_____
Prisoner Original Signature

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at <u>Pike County Corr. Facility</u> on <u>7/15</u>
                   (location)                  (date)

_____
Prisoner's Original Signature

Vincent Paul Dolan

No Fee Enclosed
- ЄР

To The Federal Court 3r
(office of the clerk)

235 North Washington Ave

Scranton, PA. 18503

Legal Mail

(EXHIBIT A)

# Programs Department
## Treatment Counselor

**Date:** June 9, 2014

**To:** Assistant Warden's McLaughlin and Romance, Lieutenant Schweyer, Lieutenant Campos, Lieutenant Serrano, Sergeant Scully, Sergeant Riker, Food Service Director Steve Cotton

**From:** E. Zaleck

**RE:** Ramadan

---

Any inmate wishing to participate in Ramadan beginning on Sunday June 29, 2014 and ending on Monday July 28, 2014, must submit a request to Counselor Zaleck to be placed on the approved list.

# PIKE COUNTY CORRECTIONAL FACILITY
## INMATE REQUEST FORM

NAME: Dolan        Vincent        Paul
          LAST          FIRST          M.I.

DATE: 6/19/14   BLOCK: D        CELL: 3-A


REQUEST: I would like to participate

In Fasting for the month of Ramadan


Thank You



RECEIVED BY: J.F.   BADGE#: 34   DATE: 6-15-14

ROUTED TO:   PROGRAMS   SECURITY   OTHER:_____

ANSWER:   APPROVED   DENIED (STATE REASON)

Upon commitment you indicated that

your religion is Christian Catholic. Ramadan

and fasting are aspects of the Muslim religion.

BY: Erica J Cook        DATE: 6/20/14
       TITLE - EMPLOYEE NAME

PINK-kept by inmate, YELLOW-returned to inmate, WHITE-file copy

(EXHIBIT C)

Copy

# PIKE COUNTY CORRECTIONAL FACILITY
## SHIFT COMMANDER
## INFORMAL INMATE GRIEVANCE RESOLUTION FORM

DATE: 6/24/14

INMATE NAME (PRINT): Dolan, Vincent

O.C.A. #: 96-03024

**SHIFT COMMANDER WILL DETAIL ACTION TAKEN TO REMEDY GRIEVANCE IN SPACE PROVIDED BELOW**

ACTION TAKEN: I spoke to you and you took the test to change your religion and did not pass the test You can take the test every 90 Days to change your religion

SHIFT COMMANDER SIGNATURE: _____

DATE: 6/26/14

**INMATE WILL CHECK OFF APPLICABLE RESPONSE BELOW:**
THE INFORMATION STATED ABOVE SUFFICIENTLY RESOLVES MY GRIEVANCE. I DO NOT WISH TO EMPLOY THE GRIEVANCE PROCEDURE TO PURSUE THIS ISSUE ANY FURTHER. ____

I AM NOT SATISFIED WITH THE SHIFT COMMANDERS RESPONSE AND WOULD LIKE TO PURSUE THIS ISSUE THROUGH THE FACILITY GRIEVANCE PROCEDURE. ____

INMATE SIGNATURE_____ DATE_____

*PLEASE PROVIDE INMATE WITH A COPY OF THIS FORM AND ATTACH ORIGINAL TO GRIEVANCE FORM. THEN RETURN TO CLASSIFICATION COORDINATOR.*

U:\CHASBRCH\FORMS\FORMS PCCF 6_04\GRIEVANCE RESOLUTION.doc

# PIKE COUNTY
# CORRECTIONAL FACILITY

## INMATE/DETAINEE HANDBOOK

### 1995



## Revision 16
## May 2014

## TABLE OF CONTENTS

| | Pages: |
|---|---|
| Foreword | 1 |
| Mission Statement | 2 |
| Inmate/Detainee Guidelines | 3 |
| Rules and Regulations | 3-13 |
| Disciplinary Procedures | 13-16 |
| Management | 16 |
| Admission | 16-27 |
| Bail Procedures | 27 |
| Telephone Use | 27-28 |
| Meal Procedures | 28-30 |
| Visitation | 30-31 |
| Mail Privileges | 31-34 |
| Legal Representation | 34-35 |
| Commissary | 35-36 |
| Inmate/Detainee Accounts | 36-37 |
| Medical, Dental, Psychiatric Services | 37-40 |
| Religious Services, Chaplin, Religous Counseling | 40 |
| Barber Services | 43-42 |
| Radios and Televisions | 42-43 |
| Library | 43 |
| Notary Service | 44-45 |
| Counseling Services | 45-46 |
| Recreation | 46-49 |
| Grievance Process | 49-50 |
| Inmate Detainee Request Forms | 50-51 |
| Release Procedures | 51-56 |
| Inmate/Detainee Programs | 56 |
| Education | 56-57 |
| Inmate/Detainee Workers / Facility Workers | 58 |
| Work Release | 58 |
| Counts | 58-59 |
| Searches | 59 |
| Facility Emergencies | 59-60 |
| Indigent Inmates/Detainees | 60-61 |
| Inmate Financial Responsibility Program | 62 |
| Laundry | 33 |

## FOREWORD

This handbook explains what is expected of you, and what you can expect from Corrections Staff while you are in custody in the Pike County Correctional Facility. Although this handbook contains a great deal of information pertaining to the Pike County Correctional Facility, it should not be viewed as an "all inclusive" information source. Additional information pertaining to various topics may be available, and may be obtained through communication with facility staff members. The fact that a rule or regulation may not be included herein is not to be understood that a rule or regulation does not exist and/or is not published elsewhere. Emergency or immediate revisions of this handbook will be posted on the housing unit bulletin boards.

The facility operates on the belief that staff, inmates/detainees, and visitors should be given an appropriate degree of respect and understanding. Each person should be mutually respectful, and will determine the degree of respect and understanding which will be received by way of his or her own conduct and attitude toward others.

You are expected to follow all of the facility rules and regulations. If you do not understand any aspect of your confinement here it's your responsibility to ask staff for help. The overall quality of life within this facility can be improved if each person follows the regulations found in this handbook.

While you are here, staff members will provide for your basic needs. The rules and regulations contained herein are applicable to all those incarcerated in the Pike County Correctional Facility regardless of classification status. Violation of these rules may result in disciplinary action.

I strongly feel that offenders housed within this facility should productively occupy their incarceration time by bettering themselves, and preparing for release back into the community. This should be accomplished through voluntary participation in the following recidivism reduction programs:

M.O.R.E. Motivating Offenders to Reintegrate Effectively
A.R.R.O.W. Actively Reducing Recidivism Opens Windows
C.O.R.E. Correctional Offenders Reintegrating Effectively
H.O.P.E. Helping Offenders Promote Excellence (females only)

Housing Unit counselors can assist with any questions pertaining to these programs. To increase the probability of post incarceration success, these programs should be followed up by utilization of Aftercare services provided by community volunteers. Facility programs and the considerable efforts of staff members and volunteers are for your benefit, and for a safer community. **Any inmate/detainee who chooses not to participate or receives any Class I or II misconducts will not receive any letter of recommendation for parole.**

Craig A. Lowe
Warden
Pike County Correctional Facility

(Exhibit D)

## Section 18. Religious Services, and Counseling:

a. The religious programs offered in the facility will be under the general direction of the Assistant Warden. The Assistant Warden will oversee the equitable delivery of religious services to all faith groups.

b. Religious services and counseling will be available to all inmates/detainees. Inmates/detainees will have the opportunity to practice aspects of their religion that are deemed essential by the governing body of that faith, subject to reasonable constraints necessary to ensure the safety of staff, religious workers, inmates, and detainees, or the facility's security.

c. No inmate/detainee will be compelled to attend any religious program, service, or activity.

d. Inmates/detainees may wear a religious medal if they meet the facility requirements.

e. Religious wear such as Kuffees may be worn during scheduled religious activities or in your assigned cell. Use of this headwear must conform to established procedures to maintain security, safety, and orderly conditions in the facility. This apparel will be stored in the inmate's/detainee's property bag. Rosary beads are not permitted to be worn around the neck. Rosary beads are to be utilized only when praying.

f. Religious programs in the facility may include, but will not be limited to, the following:
   - Religious services and prayer.
   - Religious education and classes.
   - Religious counseling.

g. The Programs Department will post a schedule of all religious activities. All religious activities will be monitored/supervised by staff or volunteers.

h. Counselors will interview inmates/detainees who are referred to them by facility staff or who request such an interview. An inmate/detainee may change their religious preference every 90 days.

i. Inmates/detainees may ask to see a counselor at any time. These requests will be responded to as promptly as possible.

j. Inmates/detainees may request Pastoral counseling from ordained or otherwise credentialed representatives of a faith, who have been approved by the Warden. A inmate/detainee request form must be submitted to Programs staff.

k. Inmates/detainees may receive, through the Programs staff religious publications and other materials.

c. Telephone costs vary and are not controlled by this facility. We encourage that you use the U.S. Postal Service to correspond with family and friends.

d. The housing unit phones may be used after daily cell cleanup. You will not receive incoming phone calls.

e. Abuse or illegal use of telephone privileges may result in the loss of privileges, civil and/or criminal action and/or disciplinary charges.

f. For security purposes, the Pike County Correctional Facility will record all telephone calls. Unless you identify a telephone number as belonging to a Court of Law, Attorney, or Officer of the Court the recording feature will not be disabled. Inmates/detainees should utilize the "inmate/Detainee Telephone Authorization Form" during the initial booking process, or the "Inmate/detainee Telephone Request/Complaint Forms" which can be found on housing units to identify telephone numbers they wish to call. Periodic monitoring of the inmate/detainee phones may be conducted by the Warden or Assistant Wardens.

g. All inmates/detainees must be off the phones five (5) minutes before lockdown.

h. Inmate/detainee telephone request/complaint forms may be obtained from the housing unit officer. Telephone request/complaint forms must be completed properly and forwarded to administration staff members prior to phone numbers being added/deleted.

i. Inmates/detainees in R.H.U. status are permitted LEGAL PHONE CALLS ONLY.

j. Inmates/detainees in maximum security status are not permitted to make phone calls on Tuesday and Wednesday.

k. If any inmate/detainee receives an incoming telephone call, the telephone call will be given to the Shift Commander. The Shift Commander will obtain the calling parties name, telephone number and reason for the call. The Shift Commander will verify the validity of the call, and then forward the message to the inmate/detainee. In the event of an emergency call, the Shift Commander will allow the inmate/detainee to return the emergency call after it is has been validated. The Shift Commander will permit indigent inmates/detainees to make free return emergency calls.

l. All inmates/detainees have access to the Office of the Inspector General through the inmate/detainee telephone system by utilizing the Special Service telephone menu.

28

(EXHIBIT E)

a. The Pike County Correctional Facility maintains a well balanced "pork free" meal plan and serves three (3) nutritious meals daily: Breakfast 0800 hours; Lunch 1200 hours and Dinner 1800 hours. Our menus are prepared under the guidance of a dietician and approved by the facility physician. An announcement will be made of mealtimes and it will be your responsibility to make sure you are available for all meals. If you miss a meal, you will have to wait until the next meal to eat. Modified diets are available for inmate/detainee health and/or religious needs. All modified diets will be implemented upon approval of the Facility Health Authority. Inmates/detainees who wish to receive a religious diet accommodation may submit this request in writing on an inmate/detainee request form. Religious diets will be approved by the Assistant Warden or designee. A neutral meal may be requested at any time during your incarceration. Inmates/detainees that request modified diets will be required to strictly adhere to these meals.

b. You will be required to eat in the dayroom, unless you are housed in Maximum, RHU, Intake, or SNU or on a 24 hour lockdown. In this case you will be required to eat in your cell.

c. Before the food cart arrives on the Housing Unit, the Housing Unit Officer will direct all inmate/detainees to be seated in the dayroom. Any inmate/detainee who chooses not to eat will be ordered to return to their cell, and all cells will be closed for the duration of the meal. When the food cart arrives, the Housing Unit Officer will direct the inmates/detainees, one table at a time, to obtain their food trays and beverages.

d. After receiving the food trays and utensils, all inmates/detainees must return to their seats. Sharing or hoarding of food is not permitted.

e. All inmates/detainees must remain seated during the meal. This is not a social event or recreation period. You will have twenty (20) minutes to finish your meal.

f. After the meal has been completed, the food trays will be returned, one table at a time, at the direction of the Housing Unit Officer. You will then be required to return to your original seat at the table. Once the Housing Unit Officer accounts for all food trays and utensils, and the food cart leaves the unit, cells will be unlocked and you will then be instructed to return to normal operations.

g. **Common Fare Religious Diets:** Inmates/detainees who wish to receive a religious diet accommodation may submit this request in writing on an inmate/detainee request form. Inmates/Detainees are asked to provide their religious preference upon commitment to the facility. Inmates/Detainees may request to change their religion every ninety (90) days.

29

(Exhibit F)



# CAMPBELL LAW OFFICES
### *Lindsey Collins, Esq.*

203 East Harford Street
Milford, Pa 18337
Phone: (570) 296-6559
Fax: (570) 296-6552

Email: Attorney@OressaCampbellLaw.com

June 26, 2014

*Sent via Fax (570) 775-5511*

Warden Craig Lowe
Pike County Correctional Facility
175 Pike County Boulevard
Lords Valley, PA 18428

**Re: Vincent Dolan**

Dear Warden Lowe,

 I am writing to you on behalf of my client, Vincent Dolan, in relation to his religious preferences. When Mr. Dolan entered the Pike County Correctional Facility he was automatically listed as Christian without his confirmation or consent. Mr. Dolan, however, is a Muslim, not a Christian. Mr. Dolan has relayed to me that pursuant to page 44 of the correctional facility rule book, inmates may change their religious preference every 90 days. Mr. Dolan has been incarcerated in Pike County since January 28, 2014. He has not made any changes to his religious preference during the last five months. He therefore should be eligible to correct his religious preference to Muslim. Unfortunately he has not been permitted to do so. Mr. Dolan filed a grievance regarding that denial earlier this week, but has not yet received a response.

 He has asked me to contact you due to the fact that Ramadan begins this Sunday, June 29th. During the month of Ramadan, practicing Muslims fast from dawn to sunset with no food or water. This ritual fast is one of the Five Pillars of Islam. Mr. Dolan has expressed a very strong desire to practice Ramadan, beginning this Sunday and it is therefore necessary that he be permitted to correct his religious preference to accurately reflect his Muslim faith.

 I would kindly request that this accommodation be granted, and Mr. Dolan's religious preference changed to Muslim so that he can participate in Ramadan.

If you have any questions or concerns regarding my request please do not hesitate to contact me.  I can be reached at 570-296-6559.  Thank you for your time and attention to this matter.

Sincerely,

Lindsey Collins, Esq.

cc: Vincent Dolan

# P.C.C.F. INMATE GRIEVANCE FORM

DATE: 6 / 27 / 14

INMATE NAME: Vincent Dolan  UNIT: D CELL: 3 BED: A

OCA #: 9603024

**A. PRINT CLEARLY** Statement, detailing the act or condition which caused this grievance: (Be specific; list all dates, times, location, and witnesses)

On page 44 Paragraph H, It States that an Inmate may change His religion every 90 days, on April 28, 2014 I Submitted a request to change my Religion to Muslim, being that when I entered this facility on January 28, 2014 Officer Kross entered me in the Computer at check in wich I was never asked what Religion I wanted. Further more the only Reason to take the test is to Receive a common fair diet. I do Not want a Common fair diet I Just want my Religion Changed to Muslim So I can participate in Ramadan which is Obligatory for every Muslim to partake in. It is one of the 5 pilars of Islam. and is mandatory for every able bodied Muslim to do For Further Proof See the Qur'an (Surah 2 Ayat 185) which States "Ramadan is the month in which the Qur'an was sent down as a guide to Man Kind, also Clear Signs for guidence and Judgement. So every one of you who is present during the month should Spent it in Fasting." Also the reason I dont care about a common fair Diet is because the Food Hear is Soy and there is No Such thing

**B. Specific remedy being sought:** _____

_____

**Received by Officer:** _____ Badge #: 31 Date: 6 / 27 / 14

I have unsuccessfully attempted to informally resolve this issue. I am now forwarding the issue to the Shift Commander.

**Shift Commander:** _____ Badge #: S-1 Date: 7 / 7 / 14

**First Level Response:** _____

_____

_____

_____

_____

**Answered by:** _____ **GRIEVANCE**
          ~~DENIED~~ Date: 7 / 7 / 14

| FOR OFFICE USE ONLY |
|---|
| Grievance # _____ Level II Date Posted ___/___/___  Level III Date Posted ___/___/___ |

# P.C.C.F. INMATE GRIEVANCE FORM

DATE: 6 / 27 / 14

INMATE NAME: Vincent Dolan      UNIT: D   CELL: 3   BED: A

OCA #: 9603024

**A. PRINT CLEARLY** Statement, detailing the act or condition which caused this grievance: (Be specific; list all dates, times, location, and witnesses)

as Halal Say, Furthermore there is no such thing as a test to Prove a person is Muslim all you Have to do is take your shahada wich is a Proclamation of faith stating that there is only one diety wich is Allaha, and that mohamalid is his last messenger, Prophiet and with Him the Books are sealed. Thats it and you are a musim. By not being able to Partake in my mandatory belief, My 1st admendmend Rights are being Violated wich is also a Violation of my Due Process. Furthermore what happend to Seperation of Religion and State I feel that this is a form of Harassment towards me as a person. I Have been Practicing Ramadan for the Past 12yrs without any form of a test and when I converted I never Had to take a test, so I am Humbily appealling to you to rectify this Situation by the Start of Ramadan on the 28th of June 2014

Thank You

**B. Specific remedy being sought:** To Have my Religion changed to Muslim and to be placed on the Ramadan list by the 28th of this month

**Received by Officer:** _____ Badge #: 31 Date: 6 / 77 / 14

I have unsuccessfully attempted to informally resolve this issue. I am now forwarding the issue to the Shift Commander.

**Shift Commander:** _____ Badge #: 5-1 Date: 7 / 7 / 14

**First Level Response:** _____

GRIEVANCE
DENIED

**Answered by:** _____ E. Wenzel  Date: 7 / 7 / 14

| FOR OFFICE USE ONLY | | |
| --- | --- | --- |
| Grievance # | Level II Date Posted ___/___/___ | Level III Date Posted ___/___/___ |

Recived at 2:00 Pm on 6/28/14    (Exhibit A)
By officer Frenzi #34

## PIKE COUNTY CORRECTIONAL FACILITY
## INMATE REQUEST FORM

NAME: Dolan   Vincent   Paul
        LAST        FIRST       M.I.

DATE: 6/23   BLOCK: D   CELL: 3-A

REQUEST: I would like a grievance due to
Not being able to participate in Ramaidan I
Changed my religon from Catholic to muslim on
April 28th of 2014 when I reached my 90 day
Period      Thank You

RECEIVED BY: QS   BADGE #: 20   DATE: 6/23/14

ROUTED TO:   PROGRAMS   (SECURITY)   OTHER: _____

ANSWER:   APPROVED   (DENIED) (STATE REASON)

You were provided a test that denoting
Religious Sincerity and were unable to
pass this. This is the reason that you
BY: _____   DATE: 6/24/14
    TITLE - EMPLOYEE NAME   will not be able to particip

**PINK-kept by inmate, YELLOW-returned to inmate, WHITE-file copy**
in this program.

(ExHibit I)

# PIKE COUNTY CORRECTIONAL FACILITY
## INMATE REQUEST FORM

NAME: Dolan          Vincent          Paul
      LAST           FIRST          M.I.

DATE: 6/25/14   BLOCK: D   CELL: 3-A

REQUEST: I would like to know what happend to the grievance I requested on 6/23 about my religon change and being able to Fast for Ramadan

Thank You

------------------------------------------------

RECEIVED BY: _____  BADGE#: 12   DATE: 6/25/14

ROUTED TO:   PROGRAMS   (SECURITY)   OTHER: shift Commander

ANSWER: (APPROVED)   DENIED (STATE REASON)

given to you on 6/27/14

BY: _____   DATE: 6/27/14
    TITLE - EMPLOYEE NAME

PINK-kept by inmate, YELLOW-returned to inmate, WHITE-file copy

Recieved at 2:00 Pm on 6/28/14        (ExHibit J)
By officer Frenzi #39

# PIKE COUNTY CORRECTIONAL FACILITY
## INMATE REQUEST FORM

NAME: Dolan          Vincent          Paul
       LAST            FIRST            M.I.

DATE: 6/23      BLOCK: D      CELL: 3-A


REQUEST: I would like a grievance due to
Not being able to participate in Remecadan I
Changed my religon from cathdic to muslim on
April 28th of 2014 when I reached my 90 day
Period    Thank You

RECEIVED BY: QS    BADGE#: 20    DATE: 6/23/14

ROUTED TO:   PROGRAMS  (SECURITY) OTHER:_____

ANSWER:   APPROVED   (DENIED) (STATE REASON)

YOU WERE PROVIDED A TEST THAT DENOTES
RELIGIOUS SINCERITY AND WERE UNABLE TO
PAS THIS. THIS IS THE REASON THAT YOU

BY: _____ M    DATE: 6/24/14
    TITLE - EMPLOYEE NAME   WILL NOT BE ABLE TO PARTICIPAT

PINK-kept by inmate, YELLOW-returned to inmate, WHITE-file copy
IN THIS PROGRAM.

(Exhibit K)

# PIKE COUNTY CORRECTIONAL FACILITY
## INMATE REQUEST FORM

NAME: Dolan     Vincent     Paul
     LAST        FIRST        M.I.

DATE: 6/30/14    BLOCK: D     CELL: 3-14

REQUEST: In Your Inmate Rullbook on (P. 44, Paragrap
) It states that I have the opportunity to practice aspects of my
religion that are deemed essential by the governing body of that
faith. I am muslim and Ramadan is essential to Islam
why can I not Participate in Ramadan. This is my 2nd day
with out having food to assist in my Fast

RECEIVED BY: Riemer    BADGE#: 81   DATE: 6.30.14

ROUTED TO:   PROGRAMS    (SECURITY)   OTHER: _____

ANSWER:   APPROVED     DENIED (STATE REASON)

Your DISCIPLINARY SANCTION PROCLUDES You FROM
GROUP PROGRAMS. FACILITY PROTOCOL PROCLUDES You FROM
MEAL WHICH IS A RELIGIOUS ACCOMODATION. WORSHIP AS You WISH

BY: Robert Mc G      DATE: 7-1-14
    TITLE - EMPLOYEE NAME

PINK-kept by inmate, YELLOW-returned to inmate, WHITE-file copy

(ExHibit L)

# PIKE COUNTY CORRECTIONAL FACILITY
## INMATE REQUEST FORM

NAME: Dolen          Vincent          Paul
          LAST            FIRST          M.I.

DATE: 6/30/14     BLOCK: D     CELL: 3-A

REQUEST: To speak to a Imam or Some one
Else who over Sees the muslim Faith in
Pike County Correctional Facility) who is
Certified to over See is what I mean
          Thank You

RECEIVED BY: _Ramy_     BADGE#: 81   DATE: 6-30-14

ROUTED TO: (PROGRAMS)   SECURITY   OTHER: _____

ANSWER: APPROVED   DENIED (STATE REASON)

CERTAINLY, PLEASE ADVISE WHO YOU'D LIKE TO
SEE AND WE'LL INITIATE THE VOLUNTEER
APPROVAL PROCESS.

BY: _____     DATE: 7-1-14
     TITLE - EMPLOYEE NAME

PINK-kept by inmate, YELLOW-returned to inmate, WHITE-file copy

(Exhibit M)

# PIKE COUNTY CORRECTIONAL FACILITY
## INMATE REQUEST FORM

NAME: Dolen     Vincant     Purl
.......... LAST ........... FIRST ............ M.I.

DATE: 6/30/14     BLOCK: D     CELL: 3 A

REQUEST: To know why I have to take a test inorder
to Just change my Religion from christian to muslim
(not recive a comosn fair) But don't have to take a test
To switch from muslim to christian I feel that
I am being disscriminated against

RECEIVED BY: _Rizner_     BADGE#: 5     DATE: 6-30-14

ROUTED TO:   PROGRAMS   (SECURITY)  OTHER: _____

ANSWER:   APPROVED      DENIED (STATE REASON)

FACILITY POWCY AND PROCEDURE REGARDING
CHANGE OF RELIGIN IS MEETING OR EXCEEDING
ALL ESTABLISHED DETENTION STANDARDS.

BY: _Robert L S_     DATE: 7-1-14
...... TITLE - EMPLOYEE NAME

PINK-kept by inmate, YELLOW-returned to inmate, WHITE-file copy

(Exhibit N)

# PIKE COUNTY CORRECTIONAL FACILITY
## INMATE REQUEST FORM

NAME: Dolan      Vincent      Paul
      LAST        FIRST        M.I.

DATE: 6/29/14   BLOCK: D   CELL: 3-A

REQUEST: I am muslim and want to participate
In Ramadan I am not asking for a common fair
Diet Just to be able to participate in the fasting
of the Holly month
( The memo states any Inmate who wants to participate

-------------------------------------------------------

RECEIVED BY: Riemer   BADGE#: 87   DATE: 6/29/14

ROUTED TO: (PROGRAMS)  SECURITY  OTHER:_____

-------------------------------------------------------

ANSWER:   APPROVED   (DENIED) (STATE REASON)

YOU MAY SEEK TO CHANGE YOUR RELIGION 90 DAYS
FROM 4-30-14. YOU WILL REMAIN ON REGULAR MEAL
SCHEDULE.

BY: _____   DATE: 6-30-14
    TITLE - EMPLOYEE NAME

PINK-kept by inmate, YELLOW-returned to inmate, WHITE-file copy

(ExHibit O)

# PIKE COUNTY CORRECTIONAL FACILITY
## INMATE REQUEST FORM

NAME: Dolan       Vincent       Paul
      LAST      FIRST      M.I.

DATE: 6/30/14       BLOCK: D       CELL: 3-A

REQUEST: In Your Inmate Rullbook (P.23 Parragraph E)
It states I have the opportunity to persut practice the religon
of my choice and participate in Religious Activities. I would
like to know why I am Not being afforded this Right
nd am being forced not to eat inorder to practice my beliefs

RECEIVED BY: Riemer       BADGE #: 81       DATE: 6.30.14

ROUTED TO:   PROGRAMS   SECURITY   OTHER: _____

ANSWER:   APPROVED       DENIED (STATE REASON)
PRACTICE AS YOU WISH. PRESENTLY FACILITY POLICY AND
PROCEDURE PROLLUDES YOU FROM A RELIGIOUS DIET OR
GROUP PROGRAM ATTENDANCE.

BY: Rbert E.       DATE: 7-1-14
    TITLE - EMPLOYEE NAME

PINK-kept by inmate, YELLOW-returned to inmate, WHITE-file copy