Vincent Paul Dolan

Pike County Correctional Facility

175 Pike County Blvd.

Loards Valley, PA 18428

FILED
SCRANTON

JUL 3 0 2014

PER _____

DEPUTY CLERK

RE: Vincent Paul Dolan vs. Craig Lowe, et.al./3:14-cv-1436

Attn: Maria E. Elkiins, Clerk

    I am writing the court in the above matter, The reason is being that I received your letter and it is stated as Paul Dolan vs. Craig Lowe, et al however my name is Vincent Paul Dolan if possible I would like for this to be corrected. Also I am not apposed to a Magistrate trial in fact I would rather one. I also asked for a Lawyer to be appointed to me to help me with this litigation. Can you please help me in these matters.

    Respectfully Submitted,

    *[signature]*

    Vincent Paul Dolan Pro se

July 27 2014.

Cc;file

Case 3:14-cv-01436-RDM-CA   Document 8   Filed 07/30/14   Page 2 of 2