IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

VINCENT PAUL DOLAN :
    Plaintiff :
 : 3:14-cv-1436
 :
 : (Judge Mariani)
V. :
 :
 :
 :
CRAIG LOWE, et al., :
    Defendants. :

FILED
SCRANTON
SEP 22 2014
PER_____
DEPUTY CLERK

On September 18, 2014 Plaintiff Vincent Paul Dolan, currently confined at Pike County Correctional Facility, in Loards Valley, Pennsylvania is petitioning the court to move said Plaintiff from said Correctional Facility where Plaintiff is alleging that He is being retaliated against by Defendant Robert Mcaughlin the Assistant Warden at above mentioned facility since said civil action has been made against Defendants. Plaintiff claims that he has suffered retaliation on more than one occasion and is moving the court to intervene on his behalf. Plaintiff also feels that there is a conflict of interest being that all and any request that Plaintiff has sought relief on have been answered by said Defendants in above mentioned matter. The Plaintiff also asks the court to intervene in these matters and help correct the above mentioned problems being that he cannot do so him self.

Respectfully Submitted

Vincent Paul Dolan Pro se

Vincent Paul Dolan

RECEIVED
SCRANTON
SEP 22 2014
FILED _____ / _____
DEPUTY CLERK

To Office of the Clerk
Middle District of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

Legal mail