**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

FILED WILLIAMSPORT SEP 25 2014 PER ____ DEPUTY CLERK

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| GREGORY A. MILTON | 1:13-CV-2673 YK |
| DEFENDANT | TYPE OF PROCESS |
| UNITED STATES DEPARTMENT OF JUSTICE, BUREAU OF PRISONS, ET AL. | COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MR. NORWOOD, DIRECTOR OF BOP (NORTHEAST REGIONAL OFFICE)
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
US CUSTOM HOUSE, CHESTNUT STREET AND 2ND STREET, 7TH FLOOR, PHILADELPHIA, PA 19106

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Number of process to be served with this Form 285: 1

11

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Norwood,
NERO - BOP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  G. B.   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )
J. Brown

C. Date of Delivery
7/18/14

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7009 0820 0001 9428 8181

PS Form 3811, February 2004   Domestic Return Receipt   13-2673   102595-02-M-1540

DATE 9/10/14

---

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date    Time   ☐ am  ☐ pm

Signature of U.S. Marshal or Deputy

**U.S. Department of Justice**
United States Marshals Service

FILED
WILLIAMSPORT
SEP 25 2014
PER _____ DEPUTY CLERK

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| GREGORY A. MILTON | 1:13-CV-2673 YK |
| DEFENDANT | TYPE OF PROCESS |
| UNITED STATES DEPARTMENT OF JUSTICE, BUREAU OF PRISONS | COMPLAINT |

SERVE AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CARL M. MIEDICH, USP FLORENCE
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
5880 STATE HIGHWAY 67S, FLORENCE, CO 81226

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Number of process to be served with this Form 285: 1

11

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Carl Miedich
USP Florence
Florence, CO

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
SEP 19 2014
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7009 0820 0001 9428 8198

PS Form 3811, February 2004   Domestic Return Receipt   13-2673   102595-02-M-1540

---

DATE 9/10/14

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date   Time   ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| GREGORY A. MILTON | 1:13-CV-2673 YK |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE, BUREAU OF PRISONS | COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
C. DURAN-POLAND, USP FLORENCE
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
5880 STATE HIGHWAY 67S, FLORENCE, CO 81226

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Number of process to be served with this Form 285: 1

Number to be served in this case: 11

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE: 9/10/14

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

[USPS Return Receipt card attached, showing:]
- Article Addressed to: C. Duran-Poland, USP Florence, Florence, CO
- Article Number: 7009 0820 0001 9428 8174
- Postmark: FLORENCE CO 81226 SEP 19 2014 USPS
- Signature present
- 13-2673
- PS Form 3811, February 2004 — Domestic Return Receipt

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

Date:       Time:       ☐ am  ☐ pm

Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:   c/m · deN  9-19-14

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13