IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON

SEP 2 9 2014

PER _____
DEPUTY CLERK

VINCENT PAUL DOLAN :
              Plaintiff  :
                         :
                         :          3:14-cv-1436
        V.               :
                         :          (Judge Mariani)
CRAIG LOWE, et al.,      :
              Defendants. .

PLAINTIFF'S
FIRST REQUEST
FOR PRODUCTION
OF DOCUMENTS

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff requests that
Defendants Craig Lowe, et al., produce for inspection and copying the following
documents:

1. The complete records of all Plaintiffs
2. All written statements, originals or copies, identifiable as reports about the incident on
June 29 2014 thru July 29 2014 made by DOCS employees, and/ or witnesses.
3. Any and all medical records of Plaintiff from the time of his incarceration in Pike
County Correctional Institution through and including the date of your response to this
request
4. Any and all rules, regulations, and policies of the Pike Count Correctional Facility
about treatment of prisoners wishing to participate in fasting for the month of Ramadan
and or how you evaluate ones religious beliefs and who if anyone employed at said
Correctional Facility is qualified in making said decision.

Dated: September 25, 2014

Signed: _____
              Vincent Paul Dolan Pro se

RECEIVED
SEP 9 2014
PER _____
D. DILTON/CLERK

Office of the Clerk
United States District Court
Middle District of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

18501#1148

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.48°
02 1P
0004651745   SEP 26 2014
MAILED FROM ZIPCODE 16428