IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENT PAUL DOLAN,<br>Plaintiff | : | Civil No. 3:14-cv-1436 |
| | : | |
| | : | (Judge Mariani) |
| v. | : | |
| | : | |
| CRAIG LOWE, *et al.*,<br>Defendants | : | |

## ORDER

**AND NOW**, this 18th day of March, 2016, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion for summary judgment is **GRANTED**. (Doc. 38).

2. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants and against Plaintiff.

3. Plaintiff's motion to deny summary judgment is **DENIED**. (Doc. 48).

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge